**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-03235-REB-BNB

AURORA BANK, FSB,

    Plaintiff,

v.

PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matter before me is the recommendation to continue the trial in this matter contained in the **Recommendation of United States Magistrate Judge** [#27],[1] filed July 18, 2013. No objection having been filed, I review the recommendation for plain error only. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Recommendation of United States Magistrate Judge** [#27], filed July 18, 2013, is **APPROVED AND ADOPTED** as an order of this court; and

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That **Defendant Paramount Residential Mortgage Group, Inc.'s Motion To Dismiss for Improper Venue, or in the Alternative, To Transfer** [#11], filed January 28, 2013, is **DENIED**.

Dated August 13, 2013, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge