**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-03235-REB-BNB

AURORA BANK, FSB,

    Plaintiff,

v.

PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the recommendation contained in the **Recommendation of United States Magistrate Judge and Order** [#37],[1] filed October 7, 2013. No objection having been filed, I review the recommendation for plain error only. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the recommendation contained within the **Recommendation of United States Magistrate Judge and Order** [#37], filed October 7, 2013, is **APPROVED AND**

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**ADOPTED** as an order of this court;

     2.  That the Final Pretrial Conference and Trial Preparation Conference, currently scheduled Friday, January 31, 2014, at 3:00 p.m., and the bench trial, currently scheduled to commence on February 3, 2014, at 9:00 a.m., are **VACATED** and **CONTINUED WITHOUT DATE** pending further order of the court; and

     3.  That the Rule 702 deadline, as well as the Final Pretrial Conference, Trial Preparation Conference, and trial, **SHALL BE RESET** during a telephonic setting conference on **Wednesday, November 6, 2013**, at **10:30 a.m.** (MST); provided, furthermore, that counsel for plaintiff **SHALL ARRANGE** and **COORDINATE** the conference call necessary to facilitate the setting conference.

     Dated October 30, 2013, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge