**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-03235-REB-BNB

AURORA COMMERCIAL CORP.,

      Plaintiff,

v.

PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on **Plaintiff's Motion to Stay Briefing on Motion For Summary Judgment Pending Ruling on Motion to Enforce Settlement, or in The Alternative, Motion For Enlargement of Time** [#49] filed February 18, 2014. After reviewing the motion and the record, the court has concluded that the motion for should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Plaintiff's Motion to Stay Briefing on Motion For Summary Judgment Pending Ruling on Motion to Enforce Settlement, or in The Alternative, Motion For Enlargement of Time** [#49] filed February 18, 2014, is **GRANTED**; and

      2.  That plaintiff shall have until **March 26, 2014**, in which to file a response to **Defendant's Motion For Summary Judgment** [#44] filed January 31, 2014.

      Dated:  February 18, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.