IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03235-REB-BNB

AURORA COMMERCIAL CORP.,

Plaintiff,

v.

PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1)     **Plaintiff's Motion for Clarification** [Doc. # 57, filed 3/25/2014] is GRANTED; and

(2)     My Recommendation [Doc. # 56] is clarified to provide that briefing on Defendant's Motion for Summary Judgment [Doc. # 44] is STAYED pending further order of the court.

DATED:  March 26, 2014