**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-03235-REB-BNB

AURORA COMMERCIAL CORP.,

    Plaintiff,

v.

PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.,

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

    The matter before me is the **Recommendation of United States Magistrate Judge** [#56],[1] filed March 17, 2014.  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).

    Finding no error, much less plain error, in the magistrate judge's recommended disposition, I find and conclude that recommendation should be approved and adopted. It appears clear to this court, as it did to the magistrate judge, that the parties verbally reached a settlement sufficiently specific in all essential terms to be enforceable. Defendant's subsequent change of heart provides no grounds for it to avoid that agreement.

---

[1] "[#56]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#56], filed March 17, 2014, is **APPROVED AND ADOPTED** as an order of this court;

2. That **Plaintiff's Motion To Enforce Settlement** [#48], filed February 18, 2014, is **GRANTED**;

3. That **Defendant's Motion for Summary Judgment** [#44], filed January 31, 2014, is **DENIED AS MOOT**;

4. That all pretrial deadlines, the combined Final Pretrial Conference and Trial Preparation Conference, set **Friday, May 2, 2014**, at **10:00 a.m.**, and the bench trial, scheduled to commence **May 5, 2014**, are **VACATED**; and

5. That this case is **DISMISSED WITH PREJUDICE**, subject to the lump sum payment of $80,000 from defendant to plaintiff and delivery to defendant by plaintiff of a general release of all claims.

Dated April 10, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge