**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-03235-REB-BNB

AURORA COMMERCIAL CORP.,

      Plaintiff,

v.

PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before the court on the **Stipulation For Dismissal With Prejudice** [#63][1] filed June 23, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal With Prejudice** [#63] filed June 23, 2014, is **APPROVED**; and

      2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated June 23, 2014, at Denver, Colorado.

      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#63]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.